UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jassmine D. Adams, | **AMENDED JUDGMENT** |
|           Plaintiff, | |
| v. | Civil Case No. 10-2802 ADM/JSM |
| Toyota Motor Corporation, et al., | |
|           Defendants. | |

---

Bridgette Trice, as trustee for the heirs
and next of kin of Devyn Bolton, deceased,

          Plaintiffs,

Koua Fong Lee, Panghoua Moua, Nhia Koua Lee,
Nong Lee, Jemee Lee, a minor child,
American Family Mutual Insurance Company, as
subrogee of Koua Fong Lee, State of Minnesota
Department of Human Services, UCare Minnesota,
and Medica Health Plans,

          Intervenors,

v.                                                                  Civil Case No. 10-2804 ADM/JSM

Toyota Motor Corporation, et al.,

          Defendants.

---

Quincy Ray Adams,

          Plaintiff,

Medica Health Plans,

          Intervenor,

v.                                                                  Civil Case No. 10-2805 ADM/JSM

Toyota Motor Corporation, et al.,

          Defendants.

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The issues have been tried and the Jury rendered the following decision:

1. Toyota's design of the 1996 Camry resulted in a defective product that was unreasonably dangerous to Plaintiffs.  Toyota's defective design was a direct cause of Plaintiffs' injuries;

2. Koua Fong Lee was negligent in his operation of the 1996 Camry and Lee's negligence was a direct cause of Plaintiffs' injuries;

3. Taking all of the fault that directly caused Plaintiffs' injuries as 100%, the Jury found that Toyota was 60% at fault and Lee was 40% at fault.

4. Pursuant to the Jury Verdict and the Court's June 15, 2015 Memorandum Opinion & Order in these cases, Defendants Toyota Motor Corp., Toyota Motor North America, Inc., Calty Design Research, Inc., Toyota Motor Engineering and Manufacturing North America, Inc., Toyota Manufacturing, Kentucky, Inc., and Toyota Motor Sales, USA, Inc. are jointly and severally liable to Plaintiffs and Intervenors in the below amounts, plus postjudgment interest as stated herein:

| | |
|---|---|
| a. Jassmine Adams | $3,007,561.60 |
| b. Quincy Adams | $1,708,970.20 |
| c. Koua Fong Lee | $888,246.58 |
| d. Panghoua Moua | $865,205.48 |
| e. Jemee Lee | $0 |
| f. Nhia Koua Lee | $15,921.64 |
| g. Nong Lee | $26,843.29 |
| h. The Estate of Devyn Bolton | $7,340,684.20 |
| i. American Family Mutual Insurance Company | $209,050.03 |

5. The individual claims of Angla Block and all claims by or on behalf of Javis Adams, Jr. in Civil No. 10-2802 are DISMISSED WITH PREJUDICE.

6. The individual claims of Bridgette Trice and all claims by or on behalf of A.P.L., Y.L., and Y.L. in Civil No. 10-2804 are DISMISSED WITH PREJUDICE.

7. Execution on the Judgment is stayed in accordance with the Court's June 15, 2015 Memorandum Opinion & Order.

Date: June 25, 2015                                          RICHARD D. SLETTEN, CLERK

                                                                             s/Thomas S. Schappa
                                                         (By)      Thomas S. Schappa, Deputy Clerk