# UNITED STATES DISTRICT COURT
## District of Minnesota

Bridgette Trice,
*as trustee for the heirs and next of kin of Devyn Bolton, deceased*

        Plaintiff,

Koua Fong Lee, Panghoua Moua, Nhia Koua Lee, Nong Lee, Jemee Lee, a minor child, American Family Mutual Insurance Company, as subrogee of Koua Fong Lee, State of Minnesota Department of Human Services, and UCare Minnesota,

        Intervenors,

v.

Toyota Motor Corporation, Toyota Motor Engineering and Manufacturing North America, Inc., Toyota Motor Manufacturing, Kentucky, Inc., Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., Calty Design Research, Inc.,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   10-cv-2804 (ADM/JSM)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1.    The total judgment in favor of Bridgette Trice, as trustee for the heirs and next of kin of Devyn Bolton ("Bridgette Trice"), including costs, pre-judgment interest and post-judgment interest, is $5,543,453.22;

    2.    The total judgment in favor of Koua Fong Lee, including costs, pre-judgment interest and post-judgment interest, is $785,000.00 (including his pro rata share of costs of $16,492.32);

    3.    The total judgment in favor of Pang Houa Moua, including costs, pre-judgment interest and post-judgment interest, is $884,844.97 (including her pro rata share of costs of $16,064.51);

4. The total judgment in favor of Nhia Koua Lee, including costs, pre-judgment interest and post-judgment interest, is $16,283.05 (including his pro rata share of costs of $295.62);

5. The total judgment in favor of Nong Lee, including costs, pre-judgment interest and post-judgment interest, is $27,452.61 (including his pro rata share of costs of $498.41);

6. The total judgment in favor of American Family Mutual Insurance Company ("American Family"), including costs and post-judgment interest, is $210,363.81;

7. The total judgment in favor of Quincy Adams, including costs, pre-judgment interest and post-judgment interest, is $1,717,384.82;

8. The total judgment in favor of Jassmine Adams, including costs, pre-judgment interest and post-judgment interest, is $3,034,848.46;

9. Toyota's responsibility for post-judgment interest ceases as of November 28, 2017;

10. In accordance with the timing set forth in the parties' Stipulation Regarding Judgment Amounts, Plaintiffs (except for American Family Mutual Insurance Company) shall provide Toyota's counsel Medicare reporting forms pursuant to Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA); and

11. In accordance with the timing set forth in the parties' Stipulation Regarding Judgment Amounts, Plaintiffs' counsel shall provide Toyota's counsel their taxpayer identification number in an executed W-9 form.

Date: December 8, 2017

RICHARD D. SLETTEN, CLERK

s/Lynnette Brennan
(By) Lynnette Brennan, Deputy Clerk