**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Bridgette Trice, as trustee for the heirs and next of kin of Devyn Bolton, deceased,<br><br>      Plaintiff,<br><br> v.<br><br>Toyota Motor Corporation et al,<br><br>      Defendants. | **PADDEN LAW FIRM'S MOTION TO ACCEPT LATE FILING**<br><br>Civil No. 10-2804<br>(ADM/DTS) |
| Quincey Ray Adams,<br><br>      Plaintiff,<br><br> v.<br><br>Toyota Motor Corporation et al,<br><br>      Defendants. | Civil No. 10-2805<br>(ADM/DTS) |

  The Padden Law Firm, LLC moves this Court for an Order to accept the late filing of its Reply Memorandum in Support of its Motion for Additional Findings per Rule 52(b) and for and Altered Judgment per Rule 59(e). As reported in the Declaration of Sharon L. Van Dyck filed in support of this motion, she encountered insurmountable technical difficulties trying to e-file into the ECF system on June 22, 2018, and was unable to gain access until the next day. To mitigate any possible prejudice, opposing counsel were timely supplied with a copy of the reply memorandum via email.

- 2 -

**VAN DYCK LAW FIRM, PLLC**

Dated: June 23, 2018

By: _/s/ Sharon L. Van Dyck_
Sharon L. Van Dyck (#0183799)
310 4th Avenue South
Suite 5010
Minneapolis, MN  55415
(952) 746-1095
sharon@vandycklaw.com

ATTORNEY FOR PADDEN LAW FIRM, LLC