# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2451

Padden Law Firm, PLLC

Appellant

Bridgette Trice, as trustee for the heirs and next of kin of Devyn Bolton, deceased

Appellee

Koua Fong Lee, et al.

v.

Toyota Motor Corporation, et al.

No: 18-2576

Napoli Shkolnik PLLC

Padden Law Firm, PLLC

Appellant

Quincy Ray Adams

Appellee

Medica Health Plans

v.

Toyota Motor Corporation, a Japanese corporation, et al.

---

Appeal from U.S. District Court for the District of Minnesota
(0:10-cv-02804-ADM)
(0:10-cv-02805-ADM)

---

## MANDATE

In accordance with the opinion and judgment of 04/28/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 19, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit